IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN BRADLEY CORBIN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-5080 |
| | : | |
| KYLE FRENCH, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 29th day of March, 2024, upon consideration of the City of Allentown's Notice of Removal (ECF No. 1), Plaintiff Ian Bradly Corbin's Motion to Remand and the City of Allentown's response thereto (ECF Nos. 5, 6), and Corbin's *pro se* Complaint (ECF No. 1-1), it is **ORDERED** that:

1. Corbin's Motion to Remand is **DENIED**.

2. Corbin's claims against Defendants Maria L. Dantos, Douglas G. Reichley, James Martin, Joseph Stauffer, the Lehigh County District Attorney's Office, Carol Marciano, the Lehigh County Public Defender's Office, Lehigh Valley Bail Bonds, Chris Gorman, Thomas McGinley, Lehigh County, and the Commonwealth of Pennsylvania are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to **TERMINATE** Defendants Maria L. Dantos, Douglas G. Reichley, James Martin, Joseph Stauffer, the Lehigh County District Attorney's Office, Carol Marciano, the Lehigh County Public Defender's Office, Lehigh Valley Bail Bonds, Chris Gorman, Thomas McGinley, Lehigh County, and the Commonwealth of Pennsylvania as Defendants on the docket for this case.

        4.        Corbin's claims against Kyle French, Andrew Holveck, and the City of Allentown are **DISMISSED WITHOUT PREJUDICE** to Corbin pursuing these claims in *Corbin v. French*, No. 22-3016.  Corbin will not be granted leave to amend in this case.

        5.        The Clerk of Court shall **CLOSE** this case.

        **BY THE COURT:**

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**